# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-00727-WYD-MEH

ANDREW ROGERS,

     Plaintiff,

v.

HONDA FINANCIAL SERVICES a/k/a
AMERICAN HONDA FINANCE
CORPORATION,

     Defendant.

---

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

---

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff,

ANDREW ROGERS and the Defendant HONDA FINANCIAL SERVICES a/k/a

AMERICAN HONDA FINANCE CORPORATION, through their respective counsel and

pursuant to Federal Rule of Civil Procedure 41, that the above-captioned case be

dismissed with prejudice. Each party shall bear its own costs and attorney fees.


Dated: November 27, 2018      Respectfully submitted,

ANDREW ROGERS      HONDA FINANCIAL SERVICES a/k/a
      AMERICAN HONDA FINANCE CORPORATION

*s/ Omar T. Sulaiman*      *s/ Scott D. Sweeney (with consent)*
**Omar T. Sulaiman**      **Scott D. Sweeney**
Sulaiman Law Group, Ltd.      Wilson Elser, LLP
2500 S. Highland Avenue, Suite 200      1225 17th Street, Suite 2750
Lombard, IL 60148      Denver, CO 80202
Telephone: (630) 575-8181      Telephone: (303) 572-5324
Email:osulaiman@sulaimanlaw.com      Email: scott.sweeney@wilsonelser.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be

electronically filed with the Clerk of Court using the CM/ECF system which will be sent

to all attorneys of record.


s/ Omar T. Sulaiman